# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-31240
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 19, 2013

MICHAEL COOPER,

Lyle W. Cayce
Clerk

Plaintiff-Appellant

v.

TIM WILKINSON, individually and in his official capacity; NURSE ANGIE WOOD, individually and in her official capacity; SHERYL WILEY, individually and in her official capacity; PAT THOMAS,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:09-CV-1568

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

Michael Cooper appeals the dismissal of his 42 U.S.C. § 1983 action. His brief contains no citations to the record in support of either his statement of the facts or his legal argument. Under Federal Rule of Appellate Procedure 28(a)(7) and (9), the appellant's brief must include "a statement of facts relevant to the issues submitted for review with appropriate references to the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record" and an argument section that contains the "appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies." Because Cooper has not provided any record support for his appellate arguments, he has abandoned them by failing to adequately brief them. *See United States v. Cothran*, 302 F.3d 279, 286 n.7 (5th Cir. 2002); *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Accordingly, Cooper's motion to file a supplemental brief is GRANTED, the motion for appointment of counsel is DENIED, and the judgment of the district court is AFFIRMED.